UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SIGNATURE FINANCIAL LLC
d/b/a/ SIGNATURE FINANCIAL
AND LEASING LLC

    Plaintiff,

v.                          Case No. 8:22-cv-1906-VMC-AAS

SAMANTHA S. LINDSAY d/b/a
FAMILY FIRST WELLNESS, and
SAMANTHA S. LINDSAY,
individually,

    Defendants.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Amanda Arnold Sansone's Report and Recommendation (Doc. # 13), filed on November 28, 2022, recommending that Plaintiff's Motion for Default Judgment against Samantha S. Lindsay (Doc. # 10) be granted in part.

As of the date of this Order, no objections have been filed and the time for filing objections has lapsed. The Court accepts and adopts the Report and Recommendation and grants Plaintiff's Motion as stated herein.

1

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge. Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 13) is **ACCEPTED** and **ADOPTED**. Plaintiff Signature Financial LLC's Motion for Default Judgment (Doc. # 10) is **GRANTED** in part.

(2) The Clerk is directed to enter default judgment in favor of Signature Financial LLC and against Samantha S. Lindsay as to Count II of Signature Financial LLC's Complaint (Doc. # 1), in the amount of $245,227.87, with post-judgment interest to accrue at the statutory rate.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 16th day of December, 2022.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE